Goodridge agt. New.

## SUPERIOR COURT.

GOODRIDGE, respondent, agt. NEW, appellant.

Where, on a motion to set aside a judgment, on the ground of a previous settle-
ment of the action between the parties, an order of reference was made direct-
ing the referee to take proof as to the terms and conditions of the settlement,
and to report the same, together with the testimony, to the court,

*Held*, that the referee had authority to *find the facts*, as well as to report the tes-
timony taken before him; and his finding, "that the action was settled on con-
dition that each party should pay his own costs," and subjoined to his report
the testimony taken before him, was a correct construction of the order of
reference.

*New-York General Term, December,* 1859. *Before all the Justices.*

APPEAL from an order made at special term.

A. J. DITTENHOEFER, *for appellant.*
TOWNSEND SCUDDER, *for respondent.*

By the court—PIERREPONT, Justice. An action was com-
menced in November, 1858, by the plaintiff, against the de-
fendant, for $805 for goods sold by plaintiff to defendant.

The answer of the defendant admitted the sale, but set up
as a defence that the goods were sold on credit, and that the
credit had not expired at the commencement of the action.

In January, 1859, the defendant's agent had an interview
with the plaintiff's agent (plaintiff being then in Europe), and
the defendant's agent paid the plaintiff the whole amount of
the debt, less some interest which plaintiff abated.

This was done without the knowledge or presence of the
attorneys for both parties. Subsequently, the defendant's
attorney informed the plaintiff that the action was settled,
each party to pay his own costs. The plaintiff's attorney de-

nied that it was so settled, and, after several interviews with the defendant's attorney, the plaintiff's attorney continued to notice the cause for trial, and finally, in June, 1859, took a judgment by default for the whole amount, and issued execution for the costs only, which amounted to some $102.

The sole question in dispute was, whether the action was settled on the terms of each party paying his own costs, and a motion was made by the defendant to vacate and set aside the judgment.

This motion came on for hearing before me, and the affidavits being conflicting, I directed a reference to ascertain in what manner the action was settled. The order of reference directed the referee to take proof as to the terms and conditions of the settlement of the action, and to report the same, together with the testimony, to the court.

The referee made his report, and found that the action was settled on condition that each party should pay his own costs, and subjoined to his report the testimony taken before him.

The judge below, before whom the matter came up for final hearing, concluded that the referee was not directed to find the facts, but merely to take the testimony, and submit the same to this court, and denied the motion to vacate the judgment.

The defendant appealed from this order, and the court have come to the conclusions—first, That the order of reference was rightly construed by the referee; and, secondly, That the evidence taken before him sustained his finding; and the judgment of the general term, therefore, is, that the order made below be reversed, without costs to either party, on the appeal.